UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY TAYLOR** | **CIVIL ACTION NO. 5:20-475-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **CITY OF SHREVEPORT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, and after an independent review of the record, - including written objections (styled "Request to Withdraw and Preserve Right to Re-Submit") [Doc. No. 16] filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims seeking monetary damages for his allegedly unconstitutional conviction be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's remaining civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action—insofar as it seeks the dismissal of the criminal convictions, sentences, revocations and his immediate release—be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the relief sought in Plaintiff's *pro se* Request to Withdraw and Preserve Right to Re-Submit is **DENIED** as moot.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 18th day of March 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE